United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-16243-elf
Theresa Babb                                                              Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2                Date Rcvd: Jan 16, 2020
                             Form ID: 138NEW          Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2020.
```
db              +Theresa Babb,    573 E. Godfrey Avenue,    Philadelphia, PA 19120-2120
cr              +Santander Consumer USA, Inc.,    P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
13449289         American InfoSource LP as agent for,    DIRECTV, LLC,    PO Box 51178,
                 Los Angeles, CA  90051-5478
13407536        +Michael D. Sayles, Esq,    427 W Cheltenham Ave #2,    Elkins Park, PA 19027-3291
13605162        +Michael D. Sayles, Esquire,    427 West Cheltenham Avenue, Suite #2,
                 Elkins Park, PA 19027-3291
13360828         PECO Energy-Payment Processing,    PO Box 37629,    Philadelphia, PA 19101-0629
13360830         PGW,    PO Box 11700,    Newark, NJ 07101-4700
13360831        +PLANET FITNESS,    501 ADAMS AVENUE,    Philadelphia, PA 19120-1653
13360829         Pennsylvania Housing Finance Agency,    PO Box 642572,    Pittsburgh, PA 15264-2572
13360832        +Professional Account Management,    PO Box 37038,    Washington, DC 20013-7038
13360833         Santander Consumer USA,    PO BOX 105255,    Atlanta, GA 30348-5255
13393954         Santander Consumer USA,    P. O. Box 560284,    Dallas TX 75356-0284

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:58     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 17 2020 03:44:15
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 17 2020 03:44:34     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13360818        +E-mail/Text: amscbankruptcy@adt.com Jan 17 2020 03:45:10     ADT Security Services,
                 PO Box 672279,    Dallas, TX 75267-2279
13360819        +E-mail/Text: kristin.villneauve@allianceoneinc.com Jan 17 2020 03:43:23
                 ALLIANCEONE RECEIVABLES MANAGEMENT,    PO Box 3111,    Southeastern, PA 19398-3111
13405974         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2020 03:58:33
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13360821         E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:57     City  of Philadelphia,
                 Law Department,    One Parkway Building,    1515 Arch Street, 15th Floor,
                 Philadelphia, PA 19102-1595
13360823         E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:57     City of Philadelphia Law,
                 Law Department-Bankruptcy Unit,    Municipal Services Building,    1401 JFK Boulevard, 5th Floor,
                 Philadelphia, PA 19102-1595
13360820         E-mail/PDF: AIS.cccard.ebn@americaninfosource.com Jan 17 2020 03:58:33
                 Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
13360822         E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:57
                 City of Philadelphia - Law Department,    1515 Arch Street, One Parkway,
                 Philadelphia, PA 19102-1595
13360824        +E-mail/Text: convergent@ebn.phinsolutions.com Jan 17 2020 03:44:33     Convergent Outsourcing,
                 800 SW 39th St,    Renton, WA 98057-4927
13360825        +E-mail/Text: convergent@ebn.phinsolutions.com Jan 17 2020 03:44:33
                 Convergent Outsourcing, Inc,    PO Box 9004,    Renton, WA 98057-9004
13360826        +E-mail/PDF: creditonebknotifications@resurgent.com Jan 17 2020 03:47:33     Credit One Bank,
                 PO Box 60500,    City of Industry, CA 91716-0500
13425809         E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 17 2020 03:44:28     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
13449196         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 17 2020 03:58:33
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13360827        +E-mail/Text: bankruptcygroup@peco-energy.com Jan 17 2020 03:43:38     Peco,    c/o Merrick Friel,
                 2301 Market Street, S23-1,    Philadelphia, PA 19103-1380
13360834         E-mail/Text: bankruptcy@sccompanies.com Jan 17 2020 03:45:16     Seventh Avenue,
                 1112 7th Avenue,    Monroe, WI 53566-1364
13360835        +E-mail/Text: bankruptcy@sccompanies.com Jan 17 2020 03:43:17     Stoneberry,    PO Box 2820,
                 Monroe, WI 53566-8020
13360836         E-mail/Text: bankruptcy@td.com Jan 17 2020 03:44:21     TD Bank,    PO Box 1377,
                 Lewiston, ME 04243-1377
13360837        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 17 2020 03:43:20
                 Verizon,    PO Box 920041,    Dallas, TX 75392-0041
13360838        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 17 2020 03:43:20
                 Verizon Pennsylvania,    500 Technology Drive,    Weldon Spring, MO 63304-2225
13360839        +E-mail/Text: megan.harper@phila.gov Jan 17 2020 03:44:58     Water Revenu Bureau,
                 Muncipal Services Building,    1401 JFK Blvd,    Philadelphia, PA 19102-1617
13410259        +E-mail/Text: bnc-bluestem@quantum3group.com Jan 17 2020 03:45:04     Webbank-Fingerhut,
                 6250 Ridgewood Rd,    St. Cloud, MN 56303-0820
                                                                                          TOTAL: 23
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                     TOTAL: 0

District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: Jan 16, 2020
                             Form ID: 138NEW          Total Noticed: 35

                 ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2020                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD     on behalf of Creditor    Pennsylvania Housing Finance Agency
                bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor     Pennsylvania Housing Finance Agency lhaller@pkh.com,
                dmaurer@pkh.com;mgutshall@pkh.com
              MICHAEL D. SAYLES    on behalf of Plaintiff Theresa  Babb midusa1@comcast.net,
                michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              MICHAEL D. SAYLES    on behalf of Debtor Theresa  Babb midusa1@comcast.net,
                michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA, Inc.
                ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Defendant    Santander Consumer USA Inc
                ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Theresa Babb

             Debtor(s)                           Bankruptcy No: 14−16243−elf

                                                           Chapter: 13

_____

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court
Timothy B. McGrath
Clerk of Court

Dated: 1/16/20

108 − 107
Form 138_new
